UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

LUZ MARIA ACEVEDO VARGAS,
et als.,

      Plaintiffs,

vs.

GUMERSINDO COLON, et als.,

      Defendants.

CIVIL NO. 96-2102 (DRD)
CIVIL ACTION FOR
VIOLATION OF CIVIL RIGHTS
UNDER 42 USC SECS. 1983 AND
12,111 et. seq.

## JUDGEMENT

For the reasons set-forth in the Opinion and Order of this same date, Plaintiffs' federal causes of action are **DISMISSED WITH PREJUDICE** and Plaintiffs' pending state-law claims are hereby **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.
In San Juan, Puerto Rico, this 7th day of September, 1999.

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

P \FINALORD ERS\96-2102 MSJ

AO 72A
(Rev.8/82)

