UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

BEFORE HONORABLE **DANIEL R. DOMINGUEZ**

MINUTES OF PROCEEDINGS                    DATE: December 21, 1999

CIVIL NO. 96-2102 (DRD)

COURTROOM DEPUTY:  Janet **GONZALEZ**

==================================================================
LUZ ACEVEDO VARGAS, et al.            <u>Attorneys:</u> Frank INSERNI

    Plaintiffs

    v.

GUMERSINDO COLON, et al.                           William VAZQUEZ

    Defendants
==================================================================

    FURTHER STATUS CONFERENCE is held.  The parties apprize the Court of the status of this case.  Counsel have been engaged in discovery proceedings.

    Pending before the Court is defendant's Motion for Dismiss under Rule 12(b)6, Dkt. No. 58, and plaintiff's opposition.

    Defendant Junta del Centro de Salud is still pending in this action.  Hence, the Court states that Judgment was erroneously issued.  Judgment (Dkt. No. 56) is vacated and set aside.  The Court will consider the plaintiffs' Motion for Reconsideration, Dkt. No. 57.

    The Court instructs the parties to continue with discovery and to explore settlement possibilities.

                                          COURTROOM DEPUTY

s/c: Counsel of record