UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                DATE: SEPTEMBER 6, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**                **CASE NO. CIVIL 96-2102**

====================================================================

LUZ ACEVEDO VARGAS                Attorneys:
                                  For Plaintiffs:

        VS
                                  For Defendant:
GUMERSINDO COLON

====================================================================

By Order of the Court the above-mentioned case is hereby scheduled for a status conference on **TUESDAY, OCTOBER 17, 2000 at 11:00 AM**

Parties to be notified.

                                        _____
                                        LILY ALICEA
                                        COURTROOM DEPUTY