# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

LUZ MARIA ACEVEDO VARGAS, ET AL

   Plaintiff(s)

         v.                                  CIVIL NUMBER: 96-2102 (JAG)

GUMERSINDO COLON, ET AL

   Defendant(s)

| MOTION | ORDER |
| --- | --- |
| **Date Filed:** 09/01/00<br>**Title:** Motion Requesting Authorization to Withdraw Legal Representation<br>**Docket:** 74<br>[ ] Plffs   [x] Defts   [ ] Other | **GRANTED.** |

| MOTION | ORDER |
| --- | --- |
| **Date Filed:** 03/21/00<br>**Title:** Motion Requesting Holding in Abeyance Any Ruling During the Period of April 14, 2000, etc.<br>**Docket:** 67<br>[x] Plffs   [ ] Defts   [ ] Other | **MOOT.** |

Date: 09/13/00

JAY A. GARCIA-GREGORY
U.S. District Judge


