UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                              DATE: OCTOBER 17, 2000
BEFORE HONORABLE JAY A. GARCIA GREGORY
COURTROOM DEPUTY:  Lily **ALICEA**          **CASE NO. CIVIL 96-2102 (JAG)**

===============================================================

LUZ ACEVEDO VARGAS, ET AL          Attorneys:
                                    For Plantiff: FRANK
                                    INSERNI
        VS
                                    For Defendant:
GUMERSINDO COLON                    CARLOS SANCHEZ
                                    WILLIAM VAZQUEZ

===============================================================

Case called for status conference. Parties theory stated. Plaintiff indicates that a written settlement demand was made and has not been answered by defendants. Plaintiff's deposition was begun and has not been finished.

The Municipality of San Juan was dismissed. Plaintiff indicates that he filed a motion for reconsideration of the Opinion and Order and subsequently the judge issued another order denying the same but he understands that the judge did not consider his motion and he would like the Court to consider it.

Court stays the proceedings pending the resolution of the motion for reconsideration.

Parties to be notified.

                                            _____
                                            Lily Alicea-Courtroom Deputy