UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUZ MARIA ACEVEDO VARGAS, ET AL

Plaintiff(s)

v.    CIVIL NO.    96-2102 (JAG)

GUMERSINDO COLON, ET AL

Defendant(s)

| MOTION | ORDER |
|---|---|
| Title: Informative Motion (01/29/02, by plaintiffs); Informative Motion (02/26/02, by Municipality of San Juan) <br> Docket(s): 82, 85 <br><br> [ ] Plffs  [ ] Defts  [ ] Other | The parties having expressed their consent to have this case tried before Magistrate-Judge Justo Arenas, the Court hereby refers this matter to Magistrate-Judge Arenas so that he may have the parties sign the required consent form. |

Date: March 4, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge

