UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUZ MARIA ACEVEDO VARGAS, ET AL

**Plaintiff(s)**

v.                                              CIVIL NO.   96-2102 (JAG)

GUMERSINDO COLON, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 09/09/02<br>**Title:** Motion Requesting Enlargement of Time to File Objections to Magistrate Judge's Report and Recommendation<br>**Docket(s):** 93<br><br>[X] **Plffs**    [ ] **Defts**    [ ] **Other** | GRANTED, until September 26, 2002. No further enlargements of time will be granted.<br><br>Counsel shall ensure that the Court receives a hand-delivered copy of his objections on September 26, 2002. |

Date: September 17, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge


