UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUZ MARIA ACEVEDO VARGAS, ET AL

**Plaintiff(s)**

v.                                              CIVIL NO.   96-2102 (JAG)

GUMERSINDO COLON, ET AL

**Defendant(s)**

---

| MOTION | ORDER |
|---|---|
| **Date Filed:** 11/27/02<br>**Title:** Motion Requesting Removal from the Notice of Orders or Judgments List<br>**Docket(s):** 101<br><br>[ ] **Plffs**   [X] **Defts**   [ ] **Other** | **GRANTED**, as requested. |
| **Date Filed:** 11/26/02<br>**Title:** Informative Motion<br>**Docket(s):** 100<br><br>[ ] **Plffs**   [X] **Defts**   [ ] **Other** | **NOTED**. The Court reminds counsel that they shall strictly comply with all deadlines set forth in the Trial Scheduling Order. |
| **Date Filed:** 11/26/02<br>**Title:** Notice of Appearance<br>**Docket(s):** 99<br><br>[ ] **Plffs**   [X] **Defts**   [ ] **Other** | **GRANTED**. |

Date: December 10, 2002                    JAY A. GARCIA-GREGORY
                                            U.S. District Judge

