UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUZ MARIA ACEVEDO VARGAS, ET AL

    **Plaintiff(s)**

    v.                           CIVIL NO.   96-2102 (JAG)

GUMERSINDO COLON, ET AL

    **Defendant(s)**

---

### ORDER

    The Court hereby amends the Proposed Pre-Trial Order filing date, the Pre-Trial and Settlement Conference date, and the Trial dates as follows: (1) the parties shall file a Proposed Pre-Trial Order on **February 26, 2003**; (2) the Court shall hold a Pre-Trial and Settlement Conference on **March 3, 2003 at 10 a.m.**; (3) the Trial shall take place on **March 10, 2003, at 9:30 a.m.**

    The Court will not entertain any further requests for enlargements of time.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 17th day of December, 2002.

                                    JAY A. GARCIA-GREGORY
                                    United States District Judge