**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED
'02 DEC 30  M 9 04
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN PR



LUZ MARIA ACEVEDO VARGAS, et al

    **Plaintiff(s)**

        **v.**　　　　　　　　　　　　**CIVIL NO.** 96-2102 (JAG)

GUMERSINDO COLON, et al

    **Defendant(s)**

---

### ORDER

The motions regarding the trial scheduling order (Docket Nos. 104, 105) are moot.  <u>See</u> Docket No. 106.  The motion for reconsideration (Docket 102) is denied.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 26th day of December 2002.

_____
JAY A. GARCIA-GREGORY
United States District Judge



