# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

LUZ MARIA ACEVEDO VARGAS, ET AL

**Plaintiff(s)**

**v.**                                    CIVIL NO.    96-2102 (JAG)

GUMERSINDO COLON, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:**  01/15/2003 | **GRANTED.**  All other case deadlines shall remain in place. |
| **Title:**  Motion Requesting an Extension of Time to Submit Responsive Pleadings | |
| **Docket(s):**  108 | |

[ ] Plffs    [X] Defts    [ ] Other

**Date:**  January 22, 2003

JAY A. GARCIA-GREGORY
U.S. District Judge

