## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

LUZ MARIA ACEVEDO VARGAS, ET AL

    **Plaintiff(s)**

    v.                                CIVIL NO.   96-2102 (JAG)

GUMERSINDO COLON, ET AL

    **Defendant(s)**

---

| MOTION | ORDER |
|---|---|
| **Date Filed:** 01/17/2003<br>**Title:** Motion Requesting Removal as Legal Representative<br>**Docket(s):** 109 | GRANTED. |

[ ] Plffs   [X] Defts   [ ] Other

---

Date: January 27, 2003

JAY A. GARCIA-GREGORY
U.S. District Judge


