IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUZ MARIA ACEVEDO VARGAS, ET AL

**Plaintiff(s)**

v.                                    CIVIL NO. 96-2102 (JAG)

GUMERSINDO COLON, ET AL

**Defendant(s)**

---

ORDER

This case is referred to the Honorable Robert J. Ward for mediation between February 4 and February 14, 2003. The Pretrial and trial dates shall remain in full force and effect.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 3rd day of February 2003.

JAY A. GARCIA-GREGORY
United States District Judge


