# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

LUZ MARIA ACEVEDO VARGAS, ET AL

    **Plaintiff(s)**

    v.                                       **CIVIL NO.**    96-2102 (JAG)

GUMERSINDO COLON, ET AL

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 02/07/2003<br>**Title:** Motion Requesting Extension of Time to Submit Translation of Exhibits, etc.<br>**Docket(s):** 115<br><br>[ ] Plffs   [X] Defts   [ ] Other | **GRANTED.** |

Date: February 14, 2003

JAY A. GARCIA-GREGORY
U.S. District Judge

