IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUZ MARIA ACEVEDO VARGAS, ET AL

    **Plaintiff(s)**

    v.                        CIVIL NO. 96-2102 (JAG)

GUMERSINDO COLON, ET AL

    **Defendant(s)**

---

**MEDIATION CONFERENCE REPORT**

The parties met for a further Mediation Conference with Judge Robert Ward. After meeting with the parties, Judge Ward was pleased to report that the parties have agreed to settle the case. Defendants shall make payment within ten working days from the date of this Order. Counsel shall file a stipulation for voluntary dismissal by **March 11, 2003**.

All further proceedings scheduled for this case are hereby cancelled.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 25th day of February, 2003.

                                            /s/ Jay A. Garcia-Gregory
                                            JAY A. GARCIA-GREGORY
                                            United States District Judge