# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

LUZ MARIA ACEVEDO VARGAS, ET AL

**Plaintiff(s)**

v.   CIVIL NO. 96-2102 (JAG)

GUMERSINDO COLON, ET AL

**Defendant(s)**

---

| MOTION | ORDER |
|---|---|
| **Date Filed:** 03/11/2003<br>**Title:** Stipulation Regarding Settlement of Claims Payment and Dismissal with Prejudice<br>**Docket(s):** 122 | GRANTED. Judgment will enter accordingly. |

[ ] Plffs   [ ] Defts   [ ] Other

| MOTION | ORDER |
|---|---|
| **Date Filed:** 03/11/2003<br>**Title:** Motion for Consignment of Funds<br>**Docket(s):** 120 | GRANTED. |

[ ] Plffs   [X] Defts   [ ] Other

Date: March 13, 2003

JAY A. GARCIA-GREGORY
U.S. District Judge

