# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2003 MAR 17 AM 8: 17

RECEIVED AND FILED

LUZ MARIA ACEVEDO VARGAS, ET AL

    **Plaintiff(s)**

        **v.**                    **CIVIL NO.**   96-2102 (JAG)

GUMERSINDO COLON, ET AL

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:**   03/12/2003 | |
| **Title:**  Motion Requesting Withdrawal of Funds | **GRANTED.** |
| **Docket(s):**  123 | |
| | |
| [X ] **Plffs**    [ ] **Defts**    [ ] **Other** | |

**Date:**   March 14, 2003

JAY A. GARCIA-GREGORY
U.S. District Judge

s/c: Fixancia 3/17/03