

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

*[Stamp: CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R. 2003 MAR 17 AM 8:17]*

LUZ MARIA ACEVEDO VARGAS, ET AL

**Plaintiff(s)**

v.

GUMERSINDO COLON, ET AL

**Defendant(s)**

CIVIL NO.   96-2102 (JAG)

*[Stamp: RECEIVED AND FILED]*

---

**JUDGMENT**

In accordance with the Order issued today, the Court enters judgment dismissing this case with prejudice.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 13th day of March, 2003.

JAY A. GARCIA-GREGORY
United States District Judge

